**Rickner PLLC**

Sara Wolkensdorfer | sara@ricknerpllc.com

January 30, 2025

**Via ECF**
Hon. Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007-1312

      Re:    *Proctor v. The City of New York*, 24-cv-02927

Your Honor:

We represent the Plaintiff in the above-captioned action and write on behalf of the parties to advise the Court that an agreement in principle to settle this matter has been reached.

The parties are in the process of finalizing their agreement and will submit a fully executed Stipulation and Order of Dismissal for the Court's Endorsement by February 14, 2025.

In light of the parties' agreement, the parties respectfully request that the Court adjourn *sine die* all currently scheduled deadlines.

We thank you for your time and attention to this matter.

Respectfully,

    /s/

Sara Wolkensdorfer